# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 8, 2021

## NO. 03-21-00162-CV

**J. H., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY
## AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the de novo order signed by the trial court on March 11, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's de novo order. Therefore, the Court affirms the trial court's de novo order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.